THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

LARRY CATT, and MARIA CATT,

CASE NO.: 3:26-CV-00351

     Plaintiffs,

v.

AGI TRUCKING INC, a For Profit Corporation, APD LOGISTICS INC, a For Profit Corporation and AURELIUS JOHNATHAN WILLIAMS, An individual,

     Defendants.

_____ /

## **DEFENDANT'S NOTICE OF REMOVAL**

TO: THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT

OF FLORIDA, JACKSONVILLE DIVISION

Defendant, AGI TRUCKING INC., by and through its undersigned counsel, and

pursuant to 28 U.S.C. § 1441, § 1446, Local Rules 1.04 and 1.06(b), hereby removes

this action which is styled *Larry Catt, and Maria Catt v. AGI Trucking Inc, a For Profit*

*Corporation, APD Logistics Inc, a For Profit Corporation and Aurelius Johnathan*

*Williams, An individual,* and designated Case No.: 2025-CA-007617 in the Circuit

Court for the Fourth Judicial Circuit in and for Duval County, Florida, in which the

action is now pending, to the United States District Court for the Middle District of Florida, Jacksonville Division. In support of this removal and pursuant to 28 U.S.C. §1446, Defendant states:

1. This case is properly removable due to the diversity of citizenship between the Plaintiffs, Larry and Maria Catt, and Defendants, AGI Trucking Inc., APD Logistics Inc., and Aurelius Johnathan Williams. Mr. Catt and Mrs. Catt are domiciled in Duval County, Florida. AGI Trucking Inc. is a lawfully organized Illinois corporation with its principal place of business located at 1650 White Oak Lane, Schaumburg, Illinois 60195. APD Logistics Inc. is a lawfully organized Illinois corporation with its principal place of business located at 2501 Arlingdale Drive, Palatine, Illinois 60067. Mr. Williams is domiciled in Hinds County, Mississippi. *See* McCormick v. Aderholt, 293 F.3d 1254, 1257-58 (11th Cir. 2002) (A natural person's citizenship is determined by his or her "domicile," or "the place of his true, fixed, and permanent home and principal establishment…to which he has the intention of returning whenever he is absent therefrom."); *see also* Hertz Corp v. Friend, 130 S.Ct. 1181, 1185 (2010) ("The federal diversity jurisdiction statute provides that 'a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business.'") Accordingly, this Notice of Removal is founded upon complete

diversity of citizenship between all parties pursuant to 28 U.S.C.A. § 1332 and 28 U.S.C.A. § 1441, *et seq.*

2.  Venue is proper in the Jacksonville Division of the United States District Court for the Middle District of Florida pursuant to Local Rule 1.04(a).  This case was filed by Plaintiffs in State Court in Duval County and Plaintiffs' causes of action accrued in said county.  *See* 28 U.S.C.A. § 1441(a).

3.  Defendant has filed with the Clerk of the Circuit Court for the Fourth Judicial Circuit, in and for Duval County, Florida, a true and correct copy of the Notice to State Court Clerk of Removal of Case to Federal Court, pursuant to 28 U.S.C.A. §1446(b), a copy of this Notice to the State Court Clerk confirming the removal of this case to Federal Court is attached hereto as **Exhibit "A"**.

4.  Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, orders and other paper or exhibits of every kind from the State Court Action are being filed herewith, as **Exhibit "B"**.

5.  A defendant may use a variety of documents, including a written settlement demand, as an "other paper" under 28 U.S.C. §1446 (b) to determine if the case is removable.  Essenson v. Coale, 848 F. Supp. 987, 989-90 (M.D. Fla. 1994).  Plaintiffs demanded $300,000 globally on or about November 25, 2025, and demanded $500,000 globally on or about November 26, 2025. Such demands are attached as **Exhibit "C"**.  In general, while Mrs. Catt's injuries are less severe, Mr. Catt alleges

injuries that required surgery to repair his knee, which had been previously operated on in years prior. The subject motor vehicle accident which comprises this action, allegedly aggravated, activated, and accelerated the pre-existing condition, necessitating surgery and causing significant pain and limitations to his knee, among other areas of his body. It also allegedly accelerated Mr. Catt's need for a total knee replacement in the future. For purposes of diversity jurisdiction, the amount in controversy requirement is met if the plaintiff has made a "bona fide" allegation that his claim meets statutory minimums. *See* <u>Burke Co. v. Hilton Development Co.</u>, 802 F. Supp. 434, 436 (N. D. Fla. 1992). Plaintiffs' prior demands of $300,000 and $500,000, combined with the nature of their alleged injuries, exceeds the $75,000 jurisdictional minimum required by 28 USCA § 1332, and establishes that the amount in controversy requirement for federal diversity jurisdiction is satisfied.

6. Defendant's counsel accepted service of process on behalf of Defendant, AGI Trucking Inc. on February 5, 2026. This Notice of Removal is hereby filed within thirty (30) days of service of process upon Defendant, AGI Trucking Inc. *See* 28 U.S.C. § 1446(b)(2)(B)&(b)(3).

7. Co-Defendant, APD Logistics Inc., consents to the removal of this action. Co-Defendant, Aurelius Johnathan Williams has not been properly joined and served pursuant to 28 U.S.C. § 1446(b)(2)(B).

**COLE, SCOTT & KISSANE, P.A.**

8.  There are not presently any pending motions or orders in the State Court action.

9.  The allegations set forth in this Notice of Removal are true and correct to the best of the knowledge and belief of the undersigned counsel.  The undersigned counsel is the attorney for Defendant and has been specifically authorized to act on behalf of Defendant in seeking removal of this cause to the United States District Court for the Middle District of Florida, Jacksonville Division.  Further, the undersigned is a licensed attorney in the State of Florida and authorized to practice in the United States District Court for the Middle District of Florida.

WHEREFORE, Defendant, AGI TRUCKING INC., hereby provides its Notice of Removal of this cause from the Circuit Court for the Fourth Judicial Circuit, in and for Duval County, to the United States District Court for the Middle District of Florida, Jacksonville Division.

Respectfully submitted this 18th day of February 2026.


**[CERTIFICATE OF SERVICE ON THE FOLLOWING PAGE]**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th of February 2026, a true and correct copy of the foregoing was filed with the Clerk of Court for the United States District Court for the Middle District of Florida, Jacksonville Division, and served electronically to all parties of record.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendants* AGI TRUCKING INC. and AURELIUS JOHNATHAN WILLIAMS
4190 Belfort Road, Suite 300
Jacksonville, Florida 32216-1461
Telephone 904-672-4046
Facsimile 904-672-4050
Primary e-mail: sami.achem@csklegal.com
Secondary e-mail: justin.popple@csklegal.com
Alternative e-mail: evan.moody@csklegal.com; carlee.mercer@csklegal.com

By:       */s/ Justin B. Popple*
          _____
          SAMI R. ACHEM, JR.
          Florida Bar No.: 93892
          JUSTIN B. POPPLE
          Florida Bar No.: 1069193



IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.: 16-2025-CA-007617

LARRY CATT, and MARIA CATT,

     Plaintiffs,

v.

AGI TRUCKING INC, a For Profit Corporation, APD LOGISTICS INC, a For Profit Corporation and AURELIUS JOHNATHAN WILLIAMS, An individual,

     Defendants.

_____ /

## <u>NOTICE OF REMOVAL</u>

     PLEASE TAKE NOTICE that a Notice of Removal to remove this cause from the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida to the United States District Court of the Middle District of Florida, Jacksonville Division has been duly filed in the Office of the Clerk of Court for the United States District Court, Middle District of Florida, Jacksonville Division, on this 18th day of February, 2026.

**[CERTIFICATE OF SERVICE ON THE FOLLOWING PAGE]**



## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 18th of February, 2026, a true and correct copy of the foregoing was filed with the Clerk of Duval County by using the Florida Courts e-Filing Portal, which will send an automatic e-mail message to the parties registered with the e-Filing Portal system.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendants AGI TRUCKING INC and*
AURELIUS JOHNATHAN WILLIAMS
4190 Belfort Road, Suite 300
Jacksonville, Florida 32216-1461
Telephone 904-672-4046
Facsimile 904-672-4050
Primary e-mail: sami.achem@csklegal.com
Secondary e-mail: justin.popple@csklegal.com
Alternative e-mail: evan.moody @csklegal.com;
carlee.mercer@csklegal.com

By:                    */s/ Justin B. Popple*
                    _____
                    SAMI R. ACHEM, JR
                    Florida Bar No.: 93892
                    JUSTIN B. POPPLE
                    Florida Bar No.: 1069193



IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT,
IN AND FOR DUVAL COUNTY, FLORIDA

LARRY CATT and MARIA CATT,                    CASE NO.:     2025-CA-007617

      Plaintiffs,

v.

AGI TRUCKING INC, a For Profit
Corporation, APD LOGISTICS, INC,
a For Profit Corporation and
AURELIUS JOHNATHAN WILLIAMS,
An individual,

      Defendants.

_____/

## <u>ALIAS SUMMONS:</u>

### PERSONAL SERVICE ON AN INDIVIDUAL

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE:

      **YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint in this lawsuit on Defendant:

**Aurelius Jonathan Williams**
**12050 Research Road, Apt. 9201**
**Frisco, Texas 75033-0317**

DATED this ___ day of 02/09/2026 _____, 2026.

                                      Jody Phillips
                                        Clerk Circuit Court

                                        By:_____

                                            As Deputy Clerk

**EXHIBIT B**

## AMERICANS WITH DISABILITIES ACT

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Telephone (904) 255-1695, Email crtintrp@coj.net, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711..**

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the Clerk of this Court.  A phone call will not protect you.  Your written response, including the above case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiffs' Attorney" named below.

**Elias S. Samaan**
**The Truck Accident Law Firm**
**1200 Riverplace Boulevard, Suite 902**
**Jacksonville, Florida 32207**
**(904) 306-9220 phone**
**Florida Bar No: 1057892**

### IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso

EXHIBIT B

del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiffs' Attorney."  (Demandate o Abogado del Demanadante).

**Elias S. Samaan**
**The Truck Accident Law Firm**
**1200 Riverplace Boulevard, Suite 902**
**Jacksonville, Florida 32207**
**(904) 306-9220 phone**
**Florida Bar No: 1057892**



# EXHIBIT B



## JODY PHILLIPS

### RECEIPT
5047382

CLERK OF THE CIRCUIT AND COUNTY COURTS

JACKSONVILLE, DUVAL COUNTY, FLORIDA

Printed On:
01/15/2026 10:02
Page 1 of 1

| Receipt Number: 5047382 - Date 01/15/2026  Time 10:02:14AM | | | |
|---|---|---|---|
| **Received of:** | Truck Crash Law Firm<br>1200 Riverplace Boulevard, Suite 902<br>Jacksonville, FL 32207 | | |
| **Cashier Name:** | EFile | **Balance Owed:** | 10.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 10.00 |
| **Receipt ID:** | 8471586 | **Remaining Balance:** | 0.00 |
| **Division:** | CV-G(Circuit Court) | | |

| Case# 16-2025-CA-007617-AXXX-MA -- PLAINTIFF: CATT, LARRY | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 10.00 | 10.00 | 0.00 |
| **Case Total** | **10.00** | **10.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFILING | 17618017 | **10.00** |
| **Total Received** | | **10.00** |
| **Total Paid** | | **10.00** |

## The clerk of courts is here to help you.

| We can be found online at: | **WWW.DUVALCLERK.GOV** |
|---|---|
| The main courthouse Location is: | **Clerk of the Circuit and County Courts**<br>**Duval County, Florida**<br>501 West Adams Street<br>Jacksonville, Florida 32202 |
| The main telephone number is: | 904-255-2000 |
| Other Locations: | **Neptune Beach Courthouse Annex**<br>1543 Atlantic Blvd<br>Neptune Beach, Florida 32266 |



**RECEIPT**

5063521



**JODY PHILLIPS**

CLERK OF THE CIRCUIT AND COUNTY COURTS
JACKSONVILLE, DUVAL COUNTY, FLORIDA

Printed On:
02/09/2026 12:05
Page 1 of 1

| Receipt Number: 5063521 - Date 02/09/2026  Time 12:05:04PM | | | |
|---|---|---|---|
| Received of: | Truck Crash Law Firm<br>1200 Riverplace Boulevard, Suite 902<br>Jacksonville, FL 32207 | | |
| Cashier Name: | EFile | Balance Owed: | 10.00 |
| Cashier Location: | E-Filing | Total Amount Paid: | 10.00 |
| Receipt ID: | 8488928 | Remaining Balance: | 0.00 |
| Division: | CV-G(Circuit Court) | | |

| Case# 16-2025-CA-007617-AXXX-MA -- PLAINTIFF: CATT, LARRY | | | |
|---|---|---|---|
| Item | Balance | Paid | Bal Remaining |
| Fees | 10.00 | 10.00 | 0.00 |
| **Case Total** | **10.00** | **10.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFILING | 17873444 | **10.00** |
| **Total Received** | | **10.00** |
| **Total Paid** | | **10.00** |

## The clerk of courts is here to help you.

| | |
|---|---|
| We can be found online at: | **WWW.DUVALCLERK.GOV** |
| The main courthouse Location is: | **Clerk of the Circuit and County Courts**<br>**Duval County, Florida**<br>501 West Adams Street<br>Jacksonville, Florida 32202 |
| The main telephone number is: | 904-255-2000 |
| Other Locations: | **Neptune Beach Courthouse Annex**<br>1543 Atlantic Blvd<br>Neptune Beach, Florida 32266 |



# EXHIBIT B



**JODY PHILLIPS**

## RECEIPT
5025195

CLERK OF THE CIRCUIT AND COUNTY COURTS

JACKSONVILLE, DUVAL COUNTY, FLORIDA

Printed On:
12/08/2025 08:59
Page 1 of 1

| Receipt Number: 5025195 - Date 12/08/2025  Time 8:59AM | | | |
|---|---|---|---|
| **Received of:** | Truck Crash Law Firm 1200 Riverplace Boulevard, Suite 902 Jacksonville, FL 32207 | | |
| **Cashier Name:** | EFile | **Balance Owed:** | 431.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 431.00 |
| **Receipt ID:** | 8447532 | **Remaining Balance:** | 0.00 |
| **Division:** | CV-G(Circuit Court) | | |

| Case# 16-2025-CA-007617-AXXX-MA -- PLAINTIFF: CATT, LARRY | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 431.00 | 431.00 | 0.00 |
| **Case Total** | **431.00** | **431.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFILING | 17218555 | **431.00** |
| **Total Received** | | **431.00** |
| **Total Paid** | | **431.00** |

## The clerk of courts is here to help you.

| We can be found online at: | **WWW.DUVALCLERK.GOV** |
|---|---|
| The main courthouse Location is: | **Clerk of the Circuit and County Courts** **Duval County, Florida** 501 West Adams Street Jacksonville, Florida 32202 |
| The main telephone number is: | 904-255-2000 |
| Other Locations: | **Neptune Beach Courthouse Annex** 1543 Atlantic Blvd Neptune Beach, Florida 32266 |

Case 3:26-cv-00351-TJC-PDB    Document 1    Filed 02/13/26    Page 15 of 72 PageID 15



IN THE CIRCUIT COURT
OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NUMBER: 16-2025-CA-007617-AXXX-MA
DIVISION: CV-G

LARRY  CATT
MARIA  CATT,
   **Plaintiff,**

-vs-

AGI TRUCKING INC
APD LOGISTICS INC
AURELIUS JOHNATHAN WILLIAMS,
   **Defendant.**

_____

## CASE MANAGEMENT ORDER SETTING PROJECTED TRIAL DATE AND CASE MANAGEMENT DEADLINES

In accordance with Rule 1.200, Florida Rules of Civil Procedure, it is,

**ORDERED** as follows:

**1.**    **CASE MANAGEMENT TRACK DESIGNATION**

Based on initial information provided on the Civil Case Cover Sheet and consideration of

the Complaint, this case is assigned to the general case management track.

Changes in track designation may be made in accordance with Rule 1.200(c).

**2.**    **PROJECTED TRIAL DATE**

The Plaintiff has demanded a jury trial.

The projected trial term date is **June 21, 2027**.

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 01/27/2026 10:53:16 AM

# EXHIBIT B

The projected pretrial date is **June 8, 2027**.

**3.     PROJECTED TRIAL DURATION**

The projected time allocated for the trial is **5 days**.

**4.     PROJECTED PRE-TRIAL DEADLINES**

| | |
|---|---|
| **a.**  Service of Complaint | *See* Fla. R. Civ. P. Rule 1.070 |
| **b.**  Service Under Extensions | *See* Fla. R. Civ. P. Rule 1.070 |
| **c.**  Adding New Parties | 120 days after service of the Complaint |
| **d.**  Filing and Resolution of all Objections to Pleadings | 60 days after service of the Complaint |
| **e.**  Expert Witness Disclosure | Plaintiff: 180 days before the pre-trial conference; Defendant: 150 days before pre-trial conference |
| **f.**  Completion of Fact Discovery | 10 days prior to the pre-trial conference |
| **g.** Completion of Expert Discovery | 10 days prior to the pre-trial conference |
| **h.** Filing and Service of Motions for Summary Judgment | 120 days prior to the pre-trial conference |
| **i.**  Filing and Resolution of all Pretrial Motions (including summary judgment motions) | 45 days prior to the pre-trial conference |
| **j.**  Completion of Alternative Dispute Resolution | 20 days before pre-trial conference |

**The deadlines established by this order will be strictly enforced unless changed by court order.**

**5.     CASE MANAGEMENT CONFERENCE FOLLOWING THE SETTING OF**

**THE PROJECTED TRIAL DATE**

A Case Management Conference ("CMC") pursuant to Rule 1.200(j), Fla. R. Civ. P. will be convened on **June 11, 2026**, at **8:30 a.m.** in chambers (Room 705). **The Case Management Conference is a mandatory in-person hearing (except as otherwise provided below), and there is no remote or zoom appearance option available.**

# EXHIBIT B

The purpose of this Case Management Conference is to provide the parties or their counsel an opportunity to be heard prior to the Court setting the actual trial period, pretrial conference, and pretrial deadlines.

Accordingly, no later than **14 days** prior to this CMC, the parties or their counsel shall, in a meeting initiated by Plaintiff(s) or their counsel if represented, confer with each other regarding the particular case management needs of the case, including but not limited to:

    a.     whether the parties adopt the projected trial date/duration set forth above; or

    b.     whether the parties agree that a different actual trial date/duration should govern this case; and

    c.     whether the CMC should be cancelled because the parties have submitted a Trial Set Memorandum as set forth below.

**The parties may avoid this CMC by filing and submitting a completed Division CV-G Trial Set Memorandum to the Court's Judicial Assistant no later than 14 days prior to the scheduled date advising the Court whether the parties adopt the projected trial date/duration set forth above OR whether the parties agree that a different actual trial date/duration consistent with the time standards set forth in Fla. Gen. Prac. and J. Admin. Rule 2.250) should govern this case.** If the trial set memorandum is timely submitted, the Court will, upon request, cancel this CMC. Unless the Court cancels the CMC, the CMC shall proceed.

Upon the failure of a party, or their counsel if represented, to attend this CMC or to submit a completed Trial Set Memorandum, the Court may set an actual trial date, dismiss the action, strike pleadings, limit proof or witnesses, or take any other appropriate action against a party failing to attend. Fla. R. Civ. P. Rules 1.200(j)(6) and 1.420(b).

    **6.    ORDER SETTING ACTUAL TRIAL DATE**

Following either the CMC or the receipt of a Trial Set Memorandum from the parties, each Division will enter a superseding order setting an actual trial date within the time standards prescribed by Florida Rule of General Practice and Judicial Administration 2.550, along with deadlines and requirements of counsel pursuant to Florida Rules of Civil Procedure 1.200 and 1.440.

**7.      MOTIONS OR OBJECTIONS DIRECTED TO PLEADINGS**

Within 60 days of filing a Motion to Dismiss, a Motion for More Definite Statement, a Motion to Strike or any objection to a pleading, the moving or objecting party shall schedule with the Court's Judicial Assistant a hearing on the motion or objection.  Failure to do so shall result in the motion or objection being deemed abandoned and denied. The nonmoving party shall promptly submit a proposed order confirming that the motion or objection is denied.

**8.      SERVICE OF THIS ORDER**

The Plaintiff shall serve a copy of this Case Management Order on all other parties to this action and shall file a Certificate of Service reflecting the service date.

**DONE AND ORDERED** in Chambers at Jacksonville, Duval County, Florida, this Monday, January 26, 2026.

Michael S. Sharrit
Circuit Judge
16-2025-CA-007617-AXXX-MA 01/26/2026 08:04:05 A

Lynnette Cahill, Program Coordinator - Case Manag
16-2025-CA-007617-AXXX-MA 01/26/2026 08:04:05 AM

Copy furnished to:

EXHIBIT B

Elias Samaan
lss@truckcrashlaw.com
team@truckcrashlaw.com

Filing # 237105969 E-Filed 12/05/2025 11:23:45 AM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

LARRY CATT, and
MARIA CATT,

      Plaintiffs,

v.                                                                  CASE NO.:
                                                                    DIVISION:
AGI TRUCKING INC, a For
Profit Corporation, APD LOGISTICS
INC, a For Profit Corporation and
AURELIUS JOHNATHAN WILLIAMS,                  **DEMAND FOR JURY TRIAL**
An individual,

      Defendants.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs LARRY CATT ("MR. CATT") and MARIA CATT ("MRS. CATT") (collectively referred to as "Plaintiffs" or the "CATTS"), by and through the undersigned counsel, hereby sue Defendants AGI TRUCKING INC ("AGI TRUCKING"), APD LOGISTICS INC ("APD LOGISTICS") and AURELIUS JOHNATHAN WILLIAMS ("WILLIAMS") (collectively referred to as "Defendants") as follows:

## NATURE OF THE ACTION

This personal injury case arises out of a rear-end commercial motor vehicle crash that occurred on January 13, 2025 when WILLIAMS, while driving a 2025 Freightliner tractor (the "Tractor") and hauling a 2023 Wabash trailer ("Trailer")(collectively, "Tractor-Trailer") for AGI TRUCKING under its USDOT operating authority, was driving too fast for conditions, fatigued and/or distracted and failed to stop for traffic ahead while driving northbound on Interstate 295 ("I-295"), Jacksonville, Duval County, Florida striking the rear side of Plaintiffs' vehicle (the

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 12/08/2025 08:59:04 AM

"Crash"). As a result of the Crash, MR. CATT and MRS. CATT sustained severe and permanent injuries.

## JURISDICTION, VENUE AND PARTIES

1.  This is an action for damages in excess of fifty thousand dollars ($50,000.00) exclusive of costs, interest, and attorney's fees.

2.  This personal injury action arises out of the January 13, 2025, commercial motor vehicle Crash that occurred on I-295 in Jacksonville, Duval County, Florida, which resulted in serious and permanent injuries to MR. CATT and MRS. CATT.

3.  Venue is proper in Duval County pursuant to Fla. Stat. § 47.051 because the Crash occurred in Duval County.

4.  At all relevant times, MR. CATT resided in Jacksonville, Duval County, Florida.

5.  At all relevant times, MRS. CATT resided in Jacksonville, Duval County, Florida.

6.  At all relevant times, Defendant WILLIAMS was a resident of Terry, Hinds County, Mississippi.

7.  General personal jurisdiction over WILLIAMS is proper under the Florida Long Arm Statute and constitutional minimum contacts so that WILLIAMS could be sued in court in Florida for any litigated dispute, since WILLIAMS engaged in substantial and not isolated activity in Florida, including without limitation regularly conducting substantial business and other activities in Florida by providing services to persons and entities in this state on a daily basis; by regularly engaging in the hazardous activity of transporting goods and packages in interstate commerce over Florida roads and to and for Florida residents and businesses and providing services to customers using commercial transportation services in Florida that included transporting goods in interstate commerce at the time of the Crash.

2

8.     Specific personal jurisdiction over WILLIAMS to be subject to Florida courts for this case is proper under the Florida Long Arm Statute and constitutional minimum contacts, because Defendant WILLIAMS committed the tortious act that gives rise to this action within the State of Florida.

9.     At all relevant times, Defendant AGI TRUCKING (USDOT #2019189; MC#890687) was a For-Profit Corporation, engaging in interstate operations, with its principal place of business in Schaumburg, Cook County, Illinois.

10.     General personal jurisdiction over AGI TRUCKING is proper under the Florida Long Arm Statute and constitutional minimum contacts so that AGI TRUCKING could be sued in court in Florida for any litigated dispute, since AGI TRUCKING engaged in substantial and not isolated activity in Florida, including without limitation regularly conducting substantial business and other activities in Florida by providing services to persons and entities in this state on a daily basis; by regularly engaging in the hazardous activity of regularly transporting goods and packages in interstate commerce over Florida roads and to and for Florida residents and businesses and providing services to customers using commercial transportation services in Florida that included transporting the goods in interstate commerce at the time of the Crash.

11.     Specific personal jurisdiction over Defendant AGI TRUCKING to be subject to Florida courts for this case is proper under the Florida Long Arm Statute and constitutional minimum contracts, because Defendant AGI TRUCKING committed the tortious act that gives rise to this action within the State of Florida.

12.     Florida's long-arm statute provides proper jurisdiction over defendant APD LOGISTICS, an out-of-state vehicle owner, for a crash occurring in Florida under the dangerous instrumentality doctrine.

3

13.    Florida's Long-Arm Statute establishes jurisdiction over non-residents for committing a tortious act within the state, such as a vehicle crash, which extends to out-of-state owners like APD LOGISTICS. The dangerous instrumentality doctrine imposes vicarious liability on APD LOGISTICS as the vehicle owner for negligence by its permissive user, as vehicles are deemed inherently dangerous when entrusted for operation. By consenting to the vehicle's use on Florida roads, APD LOGISTICS created minimum contacts satisfying due process, with service permissible outside Florida under §48.194.

**FACTS REGARDING DEFENDANTS' ROLE IN INTERSTATE COMMERCE**

14.    The transportation of goods and operation of commercial motor vehicles weighing in excess of 26,000 pounds, in interstate commerce constitutes a hazardous activity that presents substantial dangers to the driving public when not done safely, properly and with due caution. Accordingly, there are a number of federal regulations, state statutes, industry standards and local ordinances that govern the qualification, training, supervision, and retention of professional tractor-trailer drivers, the proper maintenance and equipment for commercial motor vehicles, and the safe operation of brokers, motor carriers, commercial motor vehicles and professional Tractor-Trailer drivers.

15.    At all times material, AGI TRUCKING was an authorized carrier with operating authority to transport goods in interstate commerce in the State of Florida pursuant to one or more permits issued by the Interstate Commerce Commission and/or by the United States Department of Transportation ("USDOT").

16.    Accordingly, AGI TRUCKING was subject to all state and federal laws, statutes, regulations and industry standards governing the hiring of safe and qualified commercial drivers, the safe maintenance and operation of commercial motor vehicles, and the safe brokering of goods

in interstate commerce, including without limitation Title XXIII of the Florida Statutes governing motor vehicles and the Federal Motor Carrier Safety Regulations ("FMCSR's") set forth in subchapters A and B of Chapter III of the Code of Federal Regulations, Title 49 – Transportation.

17.     At all times material, AGI TRUCKING was regularly engaged in a commercial enterprise that involved the use of motor carriers, commercial motor vehicles, and licensed commercial motor vehicle drivers as an integral part of its business. As a result, AGI TRUCKING had a duty and obligation to the driving public to exercise reasonable care to select safe, competent, and conscientious motor carriers, commercial motor vehicles, and professional drivers to deliver those goods to end consumers.

18.     In return for the privilege to operate commercial motor vehicles on the public highways transporting goods in interstate commerce, motor carriers like AGI TRUCKING must make certain safety related certifications and verifications to the USDOT. In order to obtain operating authority and get a USDOT Number, AGI TRUCKING had to submit a Form OP-1 Application for Motor Property Carrier.

19.     Each Form OP-1 submitted contained a "Safety Certification," certifying to the Federal Motor Carrier Safety Administration ("FMCSA") that AGI TRUCKING has access to and is familiar with all applicable USDOT regulations relating to the safe operation of commercial motor vehicles and that AGI TRUCKING will comply with the FMCSR's at all times while operating a commercial motor vehicle in the United States.

20.     More specifically, each Form OP-1 submitted contained a "Safety Certification," certifying to the Federal Motor Carrier Safety Administration that, at a minimum, AGI TRUCKING:

    a.   had and will have in place a system and an individual responsible for ensuring



overall compliance with the FMCSR's;

   b.  can produce a copy of the FMCSR's;

   c.  had and will have in place a driver safety training/orientation program;

   d.  had and will have prepared and maintained an accident register;

   e.  is familiar with USDOT regulations governing driver qualifications and had and will have in place a system for overseeing driver qualification requirements;

   f.  had and will have in place policies and procedures consistent with USDOT regulations governing driving and operational safety of motor vehicles, including drivers' hours of service and vehicle inspection, repair, and maintenance;

   g.  is familiar with, and had and will have in place a system for complying with all USDOT regulations governing alcohol and controlled substances testing requirements; and

   h.  must comply with all pertinent Federal, State, local and tribal statutory and regulatory requirements when operating within the United States.

21.    An authorized representative of AGI TRUCKING swore under penalty of perjury to comply with the above "Safety Certifications."

22.    AGI TRUCKING was required to and did submit an MCS-150 form to the USDOT that contained safety certifications signed under penalty of perjury that it was familiar with the FMCSR's.

23.    An authorized representative of AGI TRUCKING swore under penalty of perjury to comply with the above Federal Motor Carrier Safety Regulations.

24.    Upon information and belief, at the time of the Crash, Defendant APD LOGISTICS, was the registered owner of the 2025 Freightliner Cascadia Tractor bearing VIN#



EXHIBIT B

3AKJHHDR8SSVY3615.

25.     At the time of the Crash, Defendant WILLIAMS was a class 1A licensed motor vehicle operator driving the Tractor-Trailer in interstate commerce under AGI TRUCKING's USDOT operating authority.

26.     At the time of the Crash, Defendant WILLIAMS was operating the Tractor-Trailer with the consent, permission of AGI TRUCKING and APD LOGISTICS.

27.     At all times material, Defendant WILLIAMS was an employee, statutory employee, agent, apparent agent, and/or servant contracted to perform services for AGI TRUCKING and under their operating authority. At the time and place of the Crash, Defendant WILLIAMS was acting within the course and scope of said employment, agency, apparent agency, and/or service and subject to AGI TRUCKING's control or right to control, such that AGI TRUCKING should be considered AGI TRUCKING's actual and statutory employer, agent, apparent agent and/or servant and therefore vicariously liable for Defendant WILLIAMS' negligence.

28.     Accordingly, WILLIAMS was subject to all state and federal laws, statutes, regulations, and industry standards governing the safe maintenance and operation of commercial motor vehicles including, without limitation, Florida Statute Chapter 316 governing state uniform traffic control and the FMCSR's set forth in 49 C.F.R. parts 371-397.

29.     At all times material, AGI TRUCKING had a duty to ensure that their drivers and vehicles were reasonably safe and complied with all laws, regulations and industry standards concerning the safe maintenance and operation of commercial motor vehicles.

30.     Operation of the Tractor-Trailer on the public highways involved the risk of physical harm unless it was carefully and skillfully done.

31.     Accordingly, AGI TRUCKING, APD LOGISTICS and WILLIAMS are liable, jointly, and severally, in partnership, joint venture or sole proprietorship for the Crash described hereinafter and resulting damages claimed herein.

## FACTS REGARDING THE CRASH

32.     On January 13, 2025, MR. CATT was the properly restrained driver of the 2017 Subaru Outback traveling northbound in the left lane on I-295, when WILLIAMS, driving the Tractor-Trailer for AGI TRUCKING under its USDOT operating authority, failed to stop for traffic stopped ahead on I-295, causing the front of the Tractor-Trailer to collide with the rear of the CATTS vehicle.

33.     At approximately 5:31 p.m., Defendant WILLIAMS drove in a careless, and negligent manner when he failed to stop his Tractor-Trailer and crashed into the rear side of the 2017 Subaru Outback driven by MR. CATT.

34.     At all relevant times, MR. CATT was the properly restrained driver of the 2017 Subaru Outback and did not contribute in any way to the Crash or his injuries.

35.     At all relevant times, MRS. CATT was the properly restrained passenger of the 2017 Subaru Outback and did not contribute in any way to the Crash or her injuries.

36.     Each Defendant acted in a manner that either alone or combined with the actions of other Defendants' acts of negligence directly and proximately caused the Crash and the resulting injuries to MR. CATT and MRS. CATT.

## DAMAGES

37.     As a result of the Crash, MR. CATT suffered severe bodily injuries resulting in pain and suffering, disability, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of

earnings, loss of ability to earn money, and aggravation of a previously existing condition, all of which are permanent and continuing.  MR. CATT also suffered damages to personal property as a result of the Crash. ("MR. CATT's Damages").

38.     As a result of the Crash, MRS. CATT suffered severe bodily injuries resulting in pain and suffering, disability, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition, all of which are permanent and continuing.  ("MRS. CATT's Damages").

## COUNT I
## LARRY CATT NEGLIGENCE VS. AURELIUS JOHNATHAN WILLIAMS

MR. CATT realleges and incorporates herein the allegations in paragraphs 1-8, 14-31, 32-36 and 37.

39.     Defendant WILLIAMS had a duty to operate the Tractor-Trailer in a reasonably safe manner and to know of and abide by all laws and industry standards governing the safe operation and maintenance of commercial motor vehicles, including, without limitation, Florida Statute Chapter 316, et seq. and FMCSR's.

40.     Defendant WILLIAMS breached those duties in one or more of, but not limited to, the following ways:

a.      Driving carelessly in violation of Florida Statute §316.1925;

b.      Driving too fast for conditions in violation of Florida Statute §316.185;

c.      Failing to obey Florida's traffic laws in violation of Florida Statute §316.072;

d.      Failing to keep a proper lookout;

e.      Driving the Tractor-Trailer while distracted;

f.      Driving the Tractor-Trailer while fatigued;

9

g.   Failing to maintain control of the Tractor;

h.   Failing to exercise reasonable care under all of the surrounding circumstances.

41.   Defendant WILLIAMS' negligent conduct also violated laws intended to protect and prevent crashes with the motoring public, including MR. CATT.

42.   Defendant WILLIAMS' negligence directly and proximately caused the Crash and MR. CATT's Damages.

**WHEREFORE**, Plaintiff LARRY CATT demands judgment against Defendant WILLIAMS for all damages permitted by Florida law, costs, and post-judgment interest, together with such other and further relief this Court deems equitable and just.

<u>**COUNT II**</u>
<u>**LARRY CATT NEGLIGENCE VS. AGI TRUCKING INC**</u>

MR. CATT realleges and incorporates herein the allegations in paragraphs 1-5, 9-11, 14-31, and 32-37.

43.   Defendant AGI TRUCKING had a duty to ensure that its drivers and vehicles were reasonably safe and complied with all laws and industry standards concerning the safe operation and maintenance of commercial motor vehicles.

44.   Defendant AGI TRUCKING undertook the duty to transport or arrange for the transport of the Tractor-Trailer and therefore owed MR. CATT the duty to discharge the undertaken duty in a reasonably prudent manner and breached its undertaken duty as set forth herein.

45.   Moreover, Defendant AGI TRUCKING had an independent duty to act reasonably in instructing, training, supervising and monitoring its drivers and other employees and agents, including Defendant WILLIAMS; to promulgate and enforce policies, procedures, and rules to ensure that its drivers and vehicles were reasonably safe; that its drivers knew of and abided by all

# EXHIBIT B

state and federal laws, statutes, regulations and industry standards governing the safe operation of commercial motor vehicles; and, to exercise reasonable care in entrusting its vehicles and equipment to responsible, competent and qualified drivers.

46.    Defendant AGI TRUCKING breached the above-mentioned duties and was therefore negligent in one or more of, but not limited to, the following ways:

a.    Failing to verify and ensure that Defendant WILLIAMS operated the Tractor-Trailer in a reasonably safe manner and abided by all state and federal laws and regulations governing the safe operation of commercial motor vehicles;

b.    Failing to properly train and instruct Defendant WILLIAMS and its drivers on defensive driving, safe driving, proper stopping, and proper lookout;

c.    Failing to properly supervise and/or monitor Defendant WILLIAMS and identify dangerous and negligent driving behaviors that could have been corrected in time to avoid the Crash;

d.    Knowingly failing to promote and enforce systems and procedures to ensure compliance, safety and accountability for the safe operation of commercial motor vehicles and, thus, creating a zone and culture of risk that constituted a dangerous mode of operation reasonably anticipated to cause injury and/or death to the traveling public, including the Plaintiff;

e.    Violating the applicable rules, laws and regulations pertaining to and governing the safe inspection, maintenance, and operation of commercial motor vehicles;

f.    Failing to have an effective auditing or monitoring system in place to audit its drivers, or if they did have a system in place, they failed to utilize the system properly;

EXHIBIT B

g.    Knowingly violating federal and state laws regarding the responsibilities of motor carriers and the safe operation of commercial motor vehicles;

h.    Failing to act upon and remedy known violations of the FMCSA regulations;

i.    Failing to act upon and remedy known violations of industry standards;

j.    Acting in conscious disregard for the rights and safety of others exposed to its dangerous employee, agent, and servant Defendant WILLIAMS;

k.    Having a negligent mode of operation and poor safety culture that created a danger to everyone exposed to its commercial vehicle drivers including MR. CATT; and/or

l.    Failing to exercise reasonable care under all of the surrounding circumstances.

47.    Defendant AGI TRUCKING's negligent conduct also violated laws intended to protect and prevent crashes with the motoring public, including MR. CATT.

48.    Defendant AGI TRUCKING's negligence directly and proximately caused MR. CATT's Damages.

**WHEREFORE**, Plaintiff LARRY CATT demands judgment against Defendant AGI TRUCKING INC, for all damages permitted by Florida law, costs, and post-judgment interest, together with such other and further relief this Court deems equitable and just.

<u>**COUNT III**</u>
<u>**LARRY CATT DANGEROUS INSTRUMENTALITY LIABILITY VS. DEFENDANT APD LOGISTICS INC**</u>

MR. CATT realleges and incorporates herein the allegations in paragraphs 1-5, 12-13, 14-31, and 32-37.

49.    Upon information and belief, at the time of the Crash, the Tractor was owned, leased to or otherwise under the direction and control of Defendant APD LOGISTICS and Defendant WILLIAMS was operating the Tractor-Trailer, a dangerous instrumentality, with Defendant APD LOGISTICS' permission.

12

EXHIBIT B

50.     Therefore, Defendant APD LOGISTICS is strictly and vicariously liable for Defendant WILLIAMS' negligence, which caused MR. CATT's Damages.

**WHEREFORE**, Plaintiff LARRY CATT demands judgment against Defendant APD LOGISTICS for all damages permitted by Florida law, costs, and post-judgment interest, together with such other and further relief this Court deems equitable and just.

## COUNT IV
## MARIA CATT NEGLIGENCE VS. AURELIUS JOHNATHAN WILLIAMS

MRS. CATT realleges and incorporates herein the allegations in paragraphs 1-8, 14-31, 32-36 and 38.

51.     Defendant WILLIAMS had a duty to operate the Tractor-Trailer in a reasonably safe manner and to know of and abide by all laws and industry standards governing the safe operation and maintenance of commercial motor vehicles, including, without limitation, Florida Statute Chapter 316, et seq. and FMCSR's.

52.     Defendant WILLIAMS breached those duties in one or more of, but not limited to, the following ways:

a.     Driving carelessly in violation of Florida Statute §316.1925;

b.     Driving too fast for conditions in violation of Florida Statute §316.185;

c.     Failing to obey Florida's traffic laws in violation of Florida Statute §316.072;

d.     Failing to keep a proper lookout;

e.     Driving the Tractor-Trailer while distracted;

f.     Driving the Tractor-Trailer while fatigued;

g.     Failing to maintain control of the Truck;

h.     Failing to exercise reasonable care under all of the surrounding circumstances.

53.     Defendant WILLIAMS' negligent conduct also violated laws intended to protect

13

and prevent crashes with the motoring public, including MRS. CATT.

54.    Defendant WILLIAMS' negligence directly and proximately caused the Crash and MRS. CATT's Damages.

**WHEREFORE**, Plaintiff MARIA CATT demands judgment against Defendant WILLIAMS for all damages permitted by Florida law, costs, and post-judgment interest, together with such other and further relief this Court deems equitable and just.

<u>**COUNT V**</u>
<u>**MARIA CATT NEGLIGENCE VS. AGI TRUCKING INC**</u>

MRS. CATT realleges and incorporates herein the allegations in paragraphs 1-8, 9-11, 14-31, 32-36 and 38.

55.    Defendant AGI TRUCKING had a duty to ensure that its drivers and vehicles were reasonably safe and complied with all laws and industry standards concerning the safe operation and maintenance of commercial motor vehicles.

56.    Defendant AGI TRUCKING undertook the duty to transport or arrange for the transport of the Tractor-Trailer and therefore owed MRS. CATT the duty to discharge the undertaken duty in a reasonably prudent manner and breached its undertaken duty as set forth herein.

57.    Moreover, Defendant AGI TRUCKING had an independent duty to act reasonably in instructing, training, supervising and monitoring its drivers and other employees and agents, including Defendant WILLIAMS; to promulgate and enforce policies, procedures, and rules to ensure that its drivers and vehicles were reasonably safe; that its drivers knew of and abided by all state and federal laws, statutes, regulations and industry standards governing the safe operation of commercial motor vehicles; and, to exercise reasonable care in entrusting its vehicles and equipment to responsible, competent and qualified drivers.

14

EXHIBIT B

58.    Defendant AGI TRUCKING breached the above-mentioned duties and was therefore negligent in one or more of, but not limited to, the following ways:

a.    Failing to verify and ensure that Defendant WILLIAMS operated the Tractor-Trailer in a reasonably safe manner and abided by all state and federal laws and regulations governing the safe operation of commercial motor vehicles;

b.    Failing to properly train and instruct Defendant WILLIAMS and its drivers on defensive driving, safe driving, proper stopping and proper lookout;

c.    Failing to properly supervise and/or monitor Defendant WILLIAMS and identify dangerous and negligent driving behaviors that could have been corrected in time to avoid the Crash;

d.    Knowingly failing to promote and enforce systems and procedures to ensure compliance, safety and accountability for the safe operation of commercial motor vehicles and, thus, creating a zone and culture of risk that constituted a dangerous mode of operation reasonably anticipated to cause injury and/or death to the traveling public, including the Plaintiff;

e.    Violating the applicable rules, laws and regulations pertaining to and governing the safe inspection, maintenance, and operation of commercial motor vehicles;

f.    Failing to have an effective auditing or monitoring system in place to audit its drivers, or if they did have a system in place, they failed to utilize the system properly;

g.    Knowingly violating federal and state laws regarding the responsibilities of motor carriers and the safe operation of commercial motor vehicles;

h.    Failing to act upon and remedy known violations of the FMCSA regulations;



EXHIBIT B

    i.      Failing to act upon and remedy known violations of industry standards;

    j.      Acting in conscious disregard for the rights and safety of others exposed to its dangerous employee, agent, and servant Defendant WILLIAMS;

    k.      Having a negligent mode of operation and poor safety culture that created a danger to everyone exposed to its commercial vehicle drivers including MRS. CATT; and/or

    l.      Failing to exercise reasonable care under all of the surrounding circumstances.

59.    Defendant AGI TRUCKING's negligent conduct also violated laws intended to protect and prevent crashes with the motoring public, including MRS. CATT.

60.    Defendant AGI TRUCKING's negligence directly and proximately caused MRS. CATT's Damages.

**WHEREFORE**, Plaintiff MARIA CATT demands judgment against Defendant AGI TRUCKING INC for all damages permitted by Florida law, costs, and post-judgment interest, together with such other and further relief this Court deems equitable and just.

### COUNT VI
### MARIA CATT DANGEROUS INSTRUMENTALITY LIABILITY VS. DEFENDANT APD LOGISTICS INC

MRS. CATT realleges and incorporates herein the allegations in paragraphs 1-5, 12-13, 14-31, 32-36 and 38.

61.    Upon information and belief, at the time of the Crash, the Tractor was owned, leased to or otherwise under the direction and control of Defendant APD LOGISTICS and Defendant WILLIAMS was operating the Tractor-Trailer, a dangerous instrumentality, with Defendant APD LOGISTICS' permission.

62.    Therefore, Defendant APD LOGISTICS is strictly and vicariously liable for Defendant WILLIAMS' negligence, which caused MRS. CATT's Damages.

# EXHIBIT B

**WHEREFORE**, Plaintiff MARIA CATT demands judgment against Defendant AGI TRUCKING INC for all damages permitted by Florida law, costs, and post-judgment interest, together with such other and further relief this Court deems equitable and just.

## TRIAL BY JURY

The Plaintiffs respectfully demand a trial by jury of all issues and counts so triable herein. Dated this 5nd day of December 2025.

**THE TRUCK ACCIDENT LAW FIRM**

*/s/ Elias S. Samaan*
**Joseph V. Camerlengo, B.C.S.**
Florida Bar No.: 008192
**Elias S. Samaan**
Florida Bar No.: 1057892
1200 Riverplace Blvd, Suite 902
Jacksonville, Florida 32207
(904) 306-9220 telephone
(904) 306-9221 facsimile
lss@truckcrashlaw.com
jvc@truckcrashlaw.com
team@truckcrashlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of December 2025, a true and correct copy of the foregoing has been filed with the Court via the Florida Courts E-Filing Portal which will send an electronic copy to all counsel of record.

*/s/ Elias S. Samaan*
**Attorney**

17

Case 3:26-cv-00351-TJC-PDB   Document 1   Filed 02/18/26   Page 37 of 72 PageID 37

EXHIBIT B

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.   CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>FOURTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>DUVAL</u>   COUNTY, FLORIDA

<u>Larry Catt, Maria Catt</u>
Plaintiff

Case # _____

Judge _____

vs.

<u>AGI Trucking Inc, APD Logistics Inc, Aurelius Johnathan Williams</u>
 Defendant

### II.   AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

### III.   TYPE OF CASE   (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 12/08/2025 08:59:04 AM

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☒ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**    **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.**    **NUMBER OF CAUSES OF ACTION:** [  ]
(Specify)

   6

**VI.**    **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.**    **DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Elias Samaan</u>       Fla. Bar # <u>1057892</u>
      Attorney or party             (Bar # if attorney)

<u>Elias Samaan  </u>      <u>12/05/2025</u>
  (type or print name)         Date

EXHIBIT B

EXHIBIT A

## IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
### IN AND FOR DUVAL COUNTY, FLORIDA

LARRY CATT, and
MARIA CATT,

     Plaintiffs,

v.

                                    CASE NO.: 16-2025-CA-007617
                                      DIVISION: CV-G

AGI TRUCKING INC, a For
Profit Corporation, APD LOGISTICS
INC, a For Profit Corporation and
AURELIUS JOHNATHAN WILLIAMS,
An individual,

     Defendants.

_____/

## DEFAULT AGAINST APD LOGISTICS, INC.

A Default is entered in this action for failure to serve or file any document as required by

law against Defendant, **APD LOGISTICS, INC.**

DATED this _____ day of 02/03/2026 , 2026.



         Jody Phillips
         Clerk of the Court

         _____
         Deputy Clerk

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

LARRY CATT, and
MARIA CATT,

      Plaintiffs,

v.                                                    CASE NO.: 16-2025-CA-007617
                                                      DIVISION: CV-G
AGI TRUCKING INC, a For
Profit Corporation, APD LOGISTICS
INC, a For Profit Corporation and
AURELIUS JOHNATHAN WILLIAMS,
An individual,

      Defendants.
_____/

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT, APD LOGISTICS

Plaintiffs LARRY CATT and MARIA CATT, by and through undersigned counsel, move for entry of a default by the Clerk against Defendant, APD LOGISTICS, INC. ("Defendant" or "APD"), pursuant to Florida Rule of Civil Procedure 1.500, for failure to serve any response to Plaintiffs' Complaint filed December 5, 2025, and state in support thereof as follows:

1.      This is an action for damages for personal injuries arising from a commercial motor vehicle collision, in which the amount in controversy exceeds $50,000, exclusive of interest, costs, and attorney's fees, and is within the jurisdiction of this Court.

2.      On December 12, 2025, a Summons and Complaint were duly served on Defendant APD in this matter, as reflected in the Return of Service on file with the Court (DE# 8).

3.      Pursuant to Florida Rule of Civil Procedure 1.140, Defendant APD was required to serve a responsive pleading within 20 days after service of the original process and initial pleading, making Defendant's responsive pleading due on January 2, 2026.

4.      As of the date of this Motion, February 2, 2026, more than 20 days have elapsed since the deadline, and more than 50 days have elapsed since service of process, and Defendant has failed to file or serve any answer, motion, or other paper in this action.

5.      When a party against whom affirmative relief is sought has failed to plead or otherwise defend as provided by the Florida Rules of Civil Procedure, the Court may enter a default against such party, Fla. R. Civ. P. 1.500.

6.      By virtue of Defendant's default, all well-pleaded allegations of the Complaint concerning liability are deemed admitted and established as a matter of law.

WHEREFORE, Plaintiffs LARRY CATT and MARIA CATT respectfully request that the Clerk enter a Default Judgment against Defendant, APD LOGISTICS, INC., in the corresponding form attached hereto as Exhibit A.

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 2nd day of February 2026, a true and correct copy of the foregoing has been filed with the Court via the Florida Courts E-Filing Portal which will send an electronic copy to all counsel of record.

**THE TRUCK ACCIDENT LAW FIRM**

*/s/ Elias S. Samaan*
**Joseph V. Camerlengo, B.C.S.**
Florida Bar No.: 008192
**Elias S. Samaan**
Florida Bar No.: 1057892
1200 Riverplace Blvd, Suite 902
Jacksonville, Florida 32207
(904) 306-9220 telephone
(904) 306-9221 facsimile
lss@truckcrashlaw.com
jvc@truckcrashlaw.com
team@truckcrashlaw.com

*Counsel for Plaintiffs*



EXHIBIT A

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

LARRY CATT, and
MARIA CATT,

     Plaintiffs,

v.                                                    CASE NO.: 16-2025-CA-007617
                                                      DIVISION: CV-G

AGI TRUCKING INC, a For
Profit Corporation, APD LOGISTICS
INC, a For Profit Corporation and
AURELIUS JOHNATHAN WILLIAMS,
An individual,

     Defendants.

_____/

## **DEFAULT AGAINST APD LOGISTICS, INC.**

A Default is entered in this action for failure to serve or file any document as required by

law against Defendant, **APD LOGISTICS, INC.**

DATED this _____ day of _____, 2026.


                                                      Clerk of the Court



                                                      _____
                                                      Deputy Clerk

Case 3:26-cv-00351-TJC-PDB    Document 1    Filed 02/28/26    Page 44 of 72 PageID 44

**EXHIBIT B**

2025-CA-000617-XXXX-MA Div: CV-G

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

LARRY CATT, and
MARIA CATT,

       Plaintiffs,

v.                                                          CASE NO.:
                                                            DIVISION:

AGI TRUCKING INC, a For
Profit Corporation, APD LOGISTICS INC,
a For Profit Corporation and
AURELIUS JOHNATHAN WILLIAMS,          **DEMAND FOR JURY TRIAL**
An individual,

       Defendants.
_____/

## <u>SUMMONS</u>:

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE:

     **YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint in this lawsuit on Defendant:

*AGI TRUCKING INC*
*BOC- 3 Agent: Lorrie Downey*
*44251 Bellamy Lane*
*Callahan, Florida 32011*

DATED this 12/08/2025 09:01:27 AM
___

                                 Jody Phillips

                                 Clerk Circuit Court

                                 By: _____

                                 As Deputy Clerk

*(Seal: CLERK OF THE CIRCUIT COURT — MMXII — DUVAL COUNTY, FLORIDA)*

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 12/08/2025 08:59:04 AM



# AMERICANS WITH DISABILITIES ACT

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Telephone (904) 255-1695, Email crtintrp@coj.net, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711..**

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con ADA Coordinator,**

Telephone (904) 255-1695, Email crtintrp@coj.net, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.

## **IMPORTANT**

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter ADA Coordinator, Telephone (904) 255-1695, Email crtintrp@coj.net au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prévue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

## **ENPÒTAN**

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/ Pwokire a" (Pleyan oswa avoka li) non anba a.

Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte ADA Coordinator, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Telephone (904) 255-1695, Email crtintrp@coj.net, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.


**THE TRUCK ACCIDENT LAW FIRM**

*/s/ Elias S. Samaan*
**Joseph V. Camerlengo, B.C.S.**
**Florida Bar No.: 008192**
**Elias S. Samaan**
**Florida Bar No.: 1057892**
**1200 Riverplace Blvd, Suite 902**
**Jacksonville, Florida 32207**
**(904) 306-9220 telephone**
**(904) 306-9221 facsimile**
**lss@truckcrashlaw.com**
**jvc@truckcrashlaw.com**
**team@truckcrashlaw.com**

***Counsel for Plaintiffs***

Case 3:26-cv-00351-TJC-PDB    Document 1    Filed 02/18/26    Page 48 of 72 PageID 48

EXHIBIT B

Case 2025-CA-006617-XXXX-MA Div: CV-G

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

LARRY CATT, and
MARIA CATT,

     Plaintiffs,

v.

                     CASE NO.:
                     DIVISION:

AGI TRUCKING INC, a For
Profit Corporation, APD LOGISTICS INC,
a For Profit Corporation and
AURELIUS JOHNATHAN WILLIAMS,      **DEMAND FOR JURY TRIAL**
An individual,

     Defendants.

_____/

## **<u>SUMMONS</u>:**

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE:

     **YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint in this lawsuit on Defendant:

*APD LOGISTICS INC.*
*2501 Arlingdale Drive*
*Palatine, IL 60067*

DATED this ____ 12/08/2025 09:00:44 AM



               Jody Phillips

               Clerk Circuit Court

               By: _____
               As Deputy Clerk



# AMERICANS WITH DISABILITIES ACT

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Telephone (904) 255-1695, Email crtintrp@coj.net, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711..**

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con ADA Coordinator,**



Telephone (904) 255-1695, Email crtintrp@coj.net, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter ADA Coordinator, Telephone (904) 255-1695, Email crtintrp@coj.net au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prévue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

## ENPÒTAN

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/ Pwokire a" (Pleyan oswa avoka li) non anba a.

3

# EXHIBIT B

Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte ADA Coordinator, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Telephone (904) 255-1695, Email crtintrp@coj.net, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.

**THE TRUCK ACCIDENT LAW FIRM**

*/s/ Elias S. Samaan*
**Joseph V. Camerlengo, B.C.S.**
**Florida Bar No.: 008192**
**Elias S. Samaan**
**Florida Bar No.: 1057892**
**1200 Riverplace Blvd, Suite 902**
**Jacksonville, Florida 32207**
**(904) 306-9220 telephone**
**(904) 306-9221 facsimile**
**lss@truckcrashlaw.com**
**jvc@truckcrashlaw.com**
**team@truckcrashlaw.com**

***Counsel for Plaintiffs***

# EXHIBIT B

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

LARRY CATT, and
MARIA CATT,

      Plaintiffs,

v.                                      CASE NO.:
                                           DIVISION:

AGI TRUCKING INC, a For
Profit Corporation, APD LOGISTICS INC,
a For Profit Corporation and
AURELIUS JOHNATHAN WILLIAMS,     **DEMAND FOR JURY TRIAL**
An individual,

      Defendants.

_____/

## <u>**SUMMONS**</u>:

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE:

      **YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint in this lawsuit on Defendant:

*AURELIUS JONATHAN WILLIAMS*
*181 Midway Estate Drive*
*Terry, MS 39170*

DATED this 12/08/2025 09:04:21 AM



Jody Phillips

Clerk Circuit Court

By: _____

As Deputy Clerk

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 12/08/2025 08:59:04 AM



# AMERICANS WITH DISABILITIES ACT

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Telephone (904) 255-1695, Email crtintrp@coj.net, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711..**

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con ADA Coordinator,**

**Telephone (904) 255-1695, Email crtintrp@coj.net, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter ADA Coordinator, Telephone (904) 255-1695, Email crtintrp@coj.net au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prévue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

## ENPÒTAN

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/ Pwokire a" (Pleyan oswa avoka li) non anba a.

3

Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte ADA Coordinator, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Telephone (904) 255-1695, Email crtintrp@coj.net, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.

**THE TRUCK ACCIDENT LAW FIRM**

*/s/ Elias S. Samaan*
**Joseph V. Camerlengo, B.C.S.**
**Florida Bar No.: 008192**
**Elias S. Samaan**
**Florida Bar No.: 1057892**
**1200 Riverplace Blvd, Suite 902**
**Jacksonville, Florida 32207**
**(904) 306-9220 telephone**
**(904) 306-9221 facsimile**
**lss@truckcrashlaw.com**
**jvc@truckcrashlaw.com**
**team@truckcrashlaw.com**

*Counsel for Plaintiffs*

Case 3:26-cv-00351-TJC-PDB    Document 1    Filed 02/18/26    Page 56 of 72 PageID 56

EXHIBIT B

## RETURN OF SERVICE

**State of Florida**                    **County of Duval**                    **CIRCUIT Court**

Case Number: 16-2025-CA-007617    Court Date: 12/19/2025

Plaintiff: **LARRY CATT and MARIA CATT**
vs.
Defendants: **AGI TRUCKING INC and APD LOGISTICS INC, et.al**

AFL2025006845

For:
The Truck Accident Law Firm
1200 Riverplace Blvd
Suite 902
Jacksonville, FL 32207

Received by Brodus Wellborn on the 9th day of December, 2025 at 4:16 pm to be served on **AGI TRUCKING INC BOC- 3 Agent: Lorrie Downey, 44251 Bellamy Lane, BOC- 3, Callahan, FL 32011**.

I, Brodus Wellborn, do hereby affirm that on the **22nd day of January, 2026** at **9:00 am, I:**

served the **REGISTERED AGENT for AGI TRUCKING INC** by delivering a true copy of the **SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL** with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy, to: **Larry Downey** as **Registered Agent** at the address of: **44251 Bellamy Lane, BOC- 3, Callahan, FL 32011** on behalf of **AGI TRUCKING INC**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35 to 40, Sex: M, Race/Skin Color: Caucasian, Height: 6'1" to 6'6", Weight: 210 to 215, Hair: Dark Brown, Glasses: N

 if a description of the party served is provided, please note all information provided is approximate. F.S. 48.021(1)(Services of Summons and Criminal Subpoenas) I certify that I am over the age of 18, have no interest in the above action, and am a Certified/Special/Appointed Process Server or authorized to serve process in the judicial circuit, county, or state where service was effectuated. F.S. 92.525 Under penalties of perjury, I declare that I have read the foregoing affidavit/proof of service and that the facts stated in it are true.(No Notary Required) (Services of subpoenas F.S. 48.021(1) (Rule 1.410 ) I am over the age of 18, and am not a party to nor interested in the outcome of the above styled case. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct. (Out of State/Foreign Process in accordance with F.S. 48.194 by any person authorized to serve process in the state where the person or entity is served) Notary Required.

**Brodus Wellborn**
Process Server

**Lexitas Legal**
**20 N. Orange Ave. Suite 700**
**Orlando, FL 32801**
**(407) 635-8477**

Our Job Serial Number: AFL-2025006845
Ref: 25681233

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

## In The Circuit Court of the Fourth Judicial Circuit of Duval County, Florida

**LARRY CATT, AND MARIA CATT.**

Plaintiff,

vs.

**AGI TRUCKING INC, A FOR PROFIT CORPORATION, ETAL.,**

Defendant.

**Case No.:**
**16-2025-CA-007617-AXXX-MA**

**AFFIDAVIT OF SERVICE**

I, Robert Michael Crowley, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of United Processing, Inc., a licensed private detective agency, license number 117-001101.

On December 12, 2025 at 6:26 PM, I served the within SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL on **APD LOGISTICS INC.** in the following manner:

**Corporate Service:** By leaving a copy of the SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL with Anna Dedinsks, of 2501 ARLINGDALE DRIVE on behalf of **APD LOGISTICS INC.**.

Service was effected at **2501 ARLINGDALE DRIVE , Palatine, IL 60067.**

Description of person process was left with:

Sex: **Female** - Skin: **Caucasian** - Hair: **Black** - Approx. Age: **60 s** - Height: **5ft7in** - Weight: **160**

Comments: Said she owns company said she is authorized to accept took and signed for papers no problem

X _____
**Robert Michael Crowley**
Investigator/Process Server
Date Signed: _12-08-25_
License(s): Agency:117-001101

Signed and sworn to before me on
this _16th_ day of _December_ 20 _25_

County of Cook

_____
Notary Public

OFFICIAL SEAL
SHANNON NICOLAY
NOTARY PUBLIC, STATE OF ILLINOIS
Commission Expires Oct. 28, 2026

United Processing, Inc.
770 N. LaSalle Dr. Suite 615
Chicago, IL 60654
(312) 629-0140
File # 25681134
Court Date:

*860617*

# EXHIBIT B

AFFIDAVIT OF SERVICE

P25681027

THE TRUCK ACCIDENT LAW FIRM    Amber Penagos
STATE OF FLORIDA, COUNTY OF DUVAL, CIRCUIT COURT

LARRY CATT, AND MARIA CATT

Index No. 16-2025-CA-007617-AXXX-MA

PLAINTIFF    Date Filed
File No.
- vs -    Court Date:
AGI TRUCKING INC, A FOR PROFIT CORPORATION, ET AL.    AFFIDAVIT OF SERVICE NON-SERVICE
DEFENDANT

STATE OF **Mississippi** , COUNTY OF **Hinds** :SS:

**Rodney Keith** , being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of **MS** .

On **December 13 2025** at **2:56 pm** ,

at **181 MIDWAY ESTATE DRIVE   TERRY, MS 39170**

deponent served the within **SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL** on: **AURELIUS JONATHAN WILLIAMS**, the **DEFENDANT** therein named.

On December 13, 2025, at 2:56 p.m. CST, I attempted service at 181 Midway Estates Dr., Terry, MS. The defendant's mother stated he moved to Texas approximately one year ago, is no longer residing at his prior location, and is a long-haul truck driver who is frequently on the road. She stated she would attempt to have him contact me.



State of Mississippi
Kim Bradley
Notary Public
Rankin
County
My Comm. Exp. 12.06.2028
Commission Number 493862

Sworn to before me this
11 day of DUU

NOTARY NAME & DATE    12/17/26

Rody C 12-17-2025

Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 1-P5290-25681027

EXHIBIT B

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

LARRY CATT, and
MARIA CATT,

      Plaintiffs,

v.

                      CASE NO.:
                      DIVISION:

AGI TRUCKING INC, a For
Profit Corporation, APD LOGISTICS INC,
a For Profit Corporation and
AURELIUS JOHNATHAN WILLIAMS,
An individual,

                      **DEMAND FOR JURY TRIAL**

      Defendants.

_____/

## **SUMMONS**:

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE:

      **YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint in this lawsuit on Defendant:

*AGI TRUCKING INC*
*1650 White Oak Lane, #2*
*Schaumburg, IL 60195*

      DATED this ___ day of _____, 2026

                      Clerk Circuit Court

                      By:_____
                      As Deputy Clerk

## AMERICANS WITH DISABILITIES ACT

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Telephone (904) 255-1695, Email crtintrp@coj.net, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711..**

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con ADA Coordinator,**

2

**Telephone (904) 255-1695, Email crtintrp@coj.net, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter ADA Coordinator, Telephone (904) 255-1695, Email crtintrp@coj.net au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prévue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

## ENPÒTAN

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/ Pwokire a" (Pleyan oswa avoka li) non anba a.



Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte ADA Coordinator, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Telephone (904) 255-1695, Email crtintrp@coj.net, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.

THE TRUCK ACCIDENT LAW FIRM

*/s/ Elias S. Samaan*
Joseph V. Camerlengo, B.C.S.
Florida Bar No.: 008192
Elias S. Samaan
Florida Bar No.: 1057892
1200 Riverplace Blvd, Suite 902
Jacksonville, Florida 32207
(904) 306-9220 telephone
(904) 306-9221 facsimile
lss@truckcrashlaw.com
jvc@truckcrashlaw.com
team@truckcrashlaw.com

*Counsel for Plaintiffs*

4

2/17/26, 11:04 AM
Case 3:26-cv-00351-TJC-PDB    Document 1 - Clerk Online Resource ePortal
Filed 02/17/26    Page 63 of 72 PageID 63

# EXHIBIT B

**Case 16-2025-CA-007617-AXXX-MA**

| Department | Circuit Civil | Division | CV-G |
|---|---|---|---|
| Case Status | OPEN | File Date | 12/5/2025 11:25:45 AM |
| Judge Name | SHARRIT, MICHAEL | Officer | |
| Private Attorney | Camerlengo, Joseph Vincent Jr | | |

### Parties

| Name / DOB / DL / ID # | Party Type<br>Race / Sex | Address |
|---|---|---|
| LARRY CATT | PLAINTIFF<br>/ | 1200 RIVERPLACE BLVD, STE. 902<br>JACKSONVILLE, FL32207 |
| MARIA CATT | PLAINTIFF<br>/ | 1200 RIVERPLACE BLVD, STE. 902<br>JACKSONVILLE, FL32207 |
| AGI TRUCKING INC | DEFENDANT<br>/ B | 1375 REMINGTON RD STE A<br>SCHAUMBURG, IL60173 |
| APD LOGISTICS INC | DEFENDANT<br>/ B | 2501 ARLINGDALE DRIVE<br>PALATINE, IL60067 |
| AURELIUS JOHNATHAN WILLIAMS | DEFENDANT<br>/ | 181 MIDWAY ESTATE DRIVE<br>TERRY, MS39170 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Camerlengo, Joseph Vincent Jr<br>Private Attorney (8192) | 1200 Riverplace Blvd Ste 902<br>Jacksonville, FL32207-1806 | LARRY CATT (PLAINTIFF)<br>MARIA CATT (PLAINTIFF) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 12/08/2025 | SUMMONS($10/ea) 07/01/2023 (Circuit) | $10.00 | $10.00 | $0.00 |
| 01/15/2026 | SUMMONS($10/ea) 07/01/2023 (Circuit) | $10.00 | $10.00 | $0.00 |
| 02/09/2026 | SUMMONS($10/ea) 07/01/2023 (Circuit) | $10.00 | $10.00 | $0.00 |
| 12/08/2025 | CIR/GENERALCIVIL 7/1/2019 | $401.00 | $401.00 | $0.00 |
| 12/08/2025 | SUMMONS($10/ea) 07/01/2023 (Circuit) | $10.00 | $10.00 | $0.00 |
| 12/08/2025 | SUMMONS($10/ea) 07/01/2023 (Circuit) | $10.00 | $10.00 | $0.00 |

### Dockets

Docket Commands - **e-Certify (Purchase)**

| Line /<br>Document | Count | Effective<br>Entered | Description | Pages | Image | e-<br>Certify<br>/ Select |
|---|---|---|---|---|---|---|
| 1 | -- | 12/5/2025<br>12/8/2025 | AUTO NEGLIGENCE CASE | | | |
| 2<br>D2 | -- | 12/5/2025<br>12/8/2025 | COVER SHEET | 3 | **Available**<br>VOR, Ready to<br>view | ☐ |
| 3<br>D3 | -- | 12/5/2025<br>12/8/2025 | COMPLAINT AND DEMAND FOR JURY TRIAL | 17 | **Available**<br>VOR, Ready to<br>view | ☐ |

Docket Commands - **e-Certify (Purchase)**

Docket Commands -

| Line /<br>Document | Count | Effective<br>Entered | Description | Pages | Image | e-<br>Certify<br>/ Select |
|---|---|---|---|---|---|---|
| 4<br>D4 | -- | 12/5/2025<br>12/8/2025 | SUMMONS ISSUED APD LOGISTICS INC (DEFENDANT) | 4 | **Available**<br>VOR, Ready to<br>view | ☐ |
| 5<br>D5 | -- | 12/5/2025<br>12/8/2025 | SUMMONS ISSUED AGI TRUCKING INC (DEFENDANT) | 4 | **Available**<br>VOR, Ready to<br>view | ☐ |
| 6<br>D6 | -- | 12/5/2025<br>12/8/2025 | SUMMONS ISSUED WILLIAMS, AURELIUS JOHNATHAN (DEFENDANT) | 4 | **Available**<br>VOR, Ready to<br>view | ☐ |
| 7<br>D7 | -- | 12/5/2025<br>12/8/2025 | CASE FEES PAID: $431.00 ON RECEIPT NUMBER 5025195 | 1 | **Available**<br>Public access | ☐ |
| 8<br>D8 | -- | 12/31/2025<br>12/31/2025 | SUMMONS RETURNED INDICATING SERVICE ON APD LOGISTICS, INC ON DECEMBER 12, 2025 | 1 | **Available**<br>Public access | ☐ |
| 9<br>D9 | -- | 1/14/2026<br>1/15/2026 | UNABLE TO ISSUE | 4 | **Available**<br>VOR, Ready to<br>view | ☐ |
| 10<br>D10 | -- | 1/14/2026<br>1/15/2026 | CASE FEES PAID: $10.00 ON RECEIPT NUMBER 5047382 | 1 | **Available**<br>Public access | ☐ |
| 11<br>D11 | -- | 1/26/2026<br>1/27/2026 | CASE MANAGEMENT ORDER SETTING PROJECTED TRIAL DATE AND CASE MGMT DEADLINES -<br>CMC: 6/11/26 830AM RM705 | 5 | **Available**<br>VOR, Ready to<br>view | ☐ |
| 12<br>D12 | -- | 1/27/2026<br>1/28/2026 | SUMMONS RETURNED INDICATING SERVICE ON AGI TRUCKING INC BOC-3 AGENT: LORRIE<br>DOWNEY ON JAN 22, 2026 | 1 | **Available**<br>Public access | ☐ |
| 13<br>D13 | -- | 2/2/2026<br>2/3/2026 | MOTION FOR DEFAULT AGAINST APD LOGISTICS, INC. | 3 | **Available**<br>Public access | ☐ |
| 14<br>D14 | -- | 2/3/2026<br>2/3/2026 | DEFAULT ISSUED AGAINST APD LOGISTICS INC. | 1 | **Available**<br>Public access | ☐ |
| 15<br>D15 | -- | 2/3/2026<br>2/4/2026 | SUMMONS RETURNED NOT SERVED TO AURELIUS JONATHAN WILLIAMS 12/13/25 | 1 | **Available**<br>VOR, Ready to<br>view | ☐ |
| 16<br>D16 | -- | 2/5/2026<br>2/9/2026 | ALIAS SUMMONS ISSUED WILLIAMS, AURELIUS JOHNATHAN (DEFENDANT) | 3 | **Available**<br>VOR, Ready to<br>view | ☐ |

Docket Commands -

Docket Commands -

| Line / Document | Count | Effective Entered | Description | Pages | Image | e-Certify / Select |
|---|---|---|---|---|---|---|
| 17 D17 | -- | 2/9/2026 2/9/2026 | CASE FEES PAID: $10.00 ON RECEIPT NUMBER 5063521 | 1 | **Available** Public access | ☐ |

Docket Commands -

EXHIBIT C

Larry & Maria Cattt, claim NITMS25010051

**Sent:** 12-09-2025 11:25 AM (Tue) MST
**From:** Jeremy Bower
**To:** Louie Samaan [ lss@truckcrashlaw.com ]
     Amber Penagos [ AOP@truckcrashlaw.com ]


Hello,

The best I can do is 125k on Larry, we are also requesting 10-years of prior medicals as well.


Regards,



**From:** Jeremy Bower
**Sent:** Wednesday, December 3, 2025 7:09 AM
**To:** Louie Samaan <lss@truckcrashlaw.com >; Amber Penagos <AOP@truckcrashlaw.com >
**Subject:** RE: Larry & Maria Cattt, claim NITMS25010051


I 'll let you know what I can do,



**From:** Louie Samaan < lss@truckcrashlaw.com >
**Sent:** Tuesday, December 2, 2025 1:44 PM
**To:** Jeremy Bower < jeremy.bower@narisk.com >; Amber Penagos < AOP@truckcrashlaw.com >
**Subject:** RE: Larry & Maria Cattt, claim NITMS25010051

This Message originated outside of North American Risk Services. Do not click links or open attachments unless you recognize the sender, and know the content is safe.


Good afternoon, Jeremy,


Our case that was set for trial this week settled on Friday.   I thought you said you were going to call me yesterday with an offer or response to our offer, but I never heard back.   I have a complaint drafted that I was planning to file this week and wanted to reach out one last time before I do.   Were you able to speak with your management team and accept our offer, or should I go ahead and file this complaint?   Please let me know by the end of business tomorrow.


Thanks,


Louie


**Louie Samaan**

1200 Riverplace Boulevard, Suite 902

Jacksonville, Florida 32207

(904) 306-9220  Main

(904) 770-3339 Direct

(904) 759-3473 Cell

(904) 306-9221 Fax

LSS@truckcrashlaw.com


I 'd truly appreciate a great Google review:  https://bit.ly/3lfzplI

**CONFIDENTIALITY NOTICE** : The contents of this e-mail message and any attachments are intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments.  Do not deliver, distribute or copy this message and/or any attachments and, if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

**From:** Jeremy Bower < jeremy.bower@narisk.com >
**Sent:** Wednesday, November 26, 2025 10:49 AM
**To:** Louie Samaan < lss@truckcrashlaw.com >; Amber Penagos < AOP@truckcrashlaw.com >
**Subject:** RE: Larry & Maria Cattt, claim NITMS25010051


Let me know the outcome of that CME, thanks


**Jeremy Bower** Senior Adjuster
P.O. Box 166002 Altamonte Springs, FL 32716-6002
O: (386) 693-9086 Ext. 3281  | (800) 315-6090 Ext. 3281 | F: (866) 261-8507

California license 2G17052

Florida License # W101087

California License # 2G17052


**From:** Louie Samaan < lss@truckcrashlaw.com >
**Sent:** Wednesday, November 26, 2025 8:41 AM
**To:** Jeremy Bower < jeremy.bower@narisk.com >; Amber Penagos < AOP@truckcrashlaw.com >
**Cc:** Louie Samaan < lss@truckcrashlaw.com >
**Subject:** RE: Larry & Maria Cattt, claim NITMS25010051


This Message originated outside of North American Risk Services. Do not click links or open attachments unless you recognize the sender, and know the content is safe.


Good morning, Jeremy,


I received an email from my clients this morning asking me to withdraw our $300,000.00 offer to settle.   They have advised that they would only settle

this case pre-suit for $500,000.00.   Please let this email serve as official withdrawal of the $300,000.00 and as a new offer of $500,000.00.   I advised them that I was still obligated to present any offers made but it looks like we will have to file suit.


Kindly,


Louie


**Louie Samaan**

1200 Riverplace Boulevard, Suite 902

Jacksonville, Florida 32207

(904) 306-9220  Main

(904) 770-3339 Direct

(904) 759-3473 Cell

(904) 306-9221 Fax

LSS@truckcrashlaw.com


I'd truly appreciate a great Google review:  https://bit.ly/3lfzplI


**CONFIDENTIALITY NOTICE** : The contents of this e-mail message and any attachments are intended for the addressee(s) named in this message.   This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges.   If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments.   Do not deliver, distribute or copy this message and/or any attachments and, if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.


**From:** Louie Samaan
**Sent:** Tuesday, November 25, 2025 4:23 PM
**To:** 'Jeremy Bower' < jeremy.bower@narisk.com >; Amber Penagos < AOP@truckcrashlaw.com >
**Subject:** RE: Larry & Maria Cattt, claim NITMS25010051


Hi Jeremy,


This email is to memorialize our phone conversations.   Mr. and Mrs. Catt have rejected the $85 and $5K offers to which you were able to offer $125 and 5K respectively.   Mr. and Mrs. Catt rejected those offers as well and counter at $300,000 globally, which was our initial offer.   I do not see them coming off these numbers, but you indicated that you would speak with management next week and see if you can reach this number or at least come back with a global offer in the $200K 's range.   I would present any offer to my clients but also recognize the value of the case only goes up if: 1) Mr. Catt has a total knee replacement (which has been recommended and attributed to this crash) and/or 2) this case goes in litigation.


I understand that the prior knee surgery is a concern for you all but please keep in mind that Mr. Catt has been asymptomatic and has not been seen for knee pain since 2019, until this crash.   My previous email showed you the jury instructions, settlement averages, and issues with your client 's safety history.   All these factors need to be accounted for when making your decision.   As I said, I will hold off on filing suit until I hear back from you next week, but I don 't think anything less than our original offer gets this done pre-suit.   The clients understand the cost of litigation and fee changes but they and I both feel that the value goes up drastically in litigation to justify the extra costs (litigation settlement average is $652,000 and verdict average is $1.4 Million).   Your insured will also have significant expense litigating this case, which is money that can be used to treat Mr. Catt fairly now.

Kindly,


Louie


<mark>See below my prior email sent 11/19/2025 for reference:</mark>


Thanks Jeremy,


Like we discussed on the phone yesterday, I have not presented your offer to Maria yet but don't anticipate it being an issue.  I would like to settle both cases together, so once I have Larry's offer I will present both.  Larry has a follow up appointment today, so I will try to get the records that include this visit.  Please keep in mind that I have done some verdict/settlement research on this to let you know where I 'm at. In this venue and similarly populated venues, with similar injuries and medical bills you can see the results below.  Please keep these figures in mind when making an offer as this case is more likely to settle if you all offer realistic numbers.  I totally get that Maria 's injuries are less severe and am willing to advise her to accept the $5,000, but Larry has real injuries.  Please also keep in mind that any argument that Larry had a prior knee surgery only bolsters these numbers.  I will attach Florida Civil Jury Instruction 501.5 so you all can get an understanding of what a jury would be required to answer should this case get that far.


### 501.5   OTHER CONTRIBUTING CAUSES OF DAMAGES

*a.*        *Aggravation or activation of disease or defect:*

**If you find that the** (defendant(s)) **caused a bodily injury, and that the injury resulted in [an aggravation of an existing disease or physical defect] [or] [activation of a latent disease or physical defect], you should attempt to decide what portion of** (claimant 's) **condition resulted from the [aggravation] [or] [activation]. If you can make that determination, then you should award only those damages resulting from the [aggravation] [or] [activation]. However, if you cannot make that determination, or if it cannot be said that the condition would have existed apart from the injury, then you should award damages for the entire condition suffered by** (claimant) **.**

With all this said, medical expenses thus far total between $35,000 and $40,000. Our client required surgery to repair his knee, which had been previously operated on years prior. Importantly, prior to this crash, my client was asymptomatic and fully functional regarding his knee. The collision aggravated, activated, and accelerated the pre-existing condition, necessitating surgery and causing significant pain and limitation to his knee, among other areas of his body.   It also accelerated Larry 's need for a total knee replacement in the future.

I emphasize that our firm specializes in litigating trucking cases nationwide and has a proven record of obtaining seven-figure verdicts in cases with similar fact patterns and injuries. There are likely safety issues with AGI Trucking and its drivers, since they have higher than average out of service percentages and no safety rating from the Federal Motor Carrier Safety Administration, making them not only vicariously liable but also directly liable for active negligence. Then we will have to get into the discovery of the connection between AGI and ADP (in fact, another motor carrier, STS Freight Logistics has the same address as APD.   Neither of which match AGI) to make sure all responsible parties are held accountable, since something likely illegal or at the very least unsafe is happening.  Publicly available data shows **SEE ATTACHED REPORT** and verify your clients are comfortable with a



jury seeing this.

We go through the entire transportation cycle from shipper to customer, including brokered loads, sub-brokered loads, shipping manifests, bills of lading, etc.   All of which were required to be preserved when we sent our initial letters.   If your clients are prepared to litigate, we welcome the opportunity to dig deep into these and other issues.   We will also need all insurance policies for all of these entities, as required by Florida statute.

Extensive research into settlement and verdict values reveals the following averages for comparable cases, as it stands now are:

- Pre-suit settlements average approximately $295,000
- Settlements during litigation average approximately $652,000
- Jury verdicts average approximately $1.4 million

Considering the seriousness of the injury, the surgical intervention, and our ability to vigorously litigate this matter, we expect reasonable consideration of this demand of the average pre-suit settlement figure above of **$295,000.00** to resolve this matter quickly.   Once a complaint is filed, this offer will no longer be available.   I look forward to hearing back soon.

Kindly,


Louie


**Louie Samaan**

1200 Riverplace Boulevard, Suite 902

Jacksonville, Florida 32207

(904) 306-9220  Main

(904) 770-3339 Direct

(904) 759-3473 Cell

(904) 306-9221 Fax

LSS@truckcrashlaw.com


I 'd truly appreciate a great Google review:   https://bit.ly/3lfzplI


**CONFIDENTIALITY NOTICE** : The contents of this e-mail message and any attachments are intended for the addressee(s) named in this message.   This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges.   If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments.   Do not deliver, distribute or copy this message and/or any attachments and, if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

**From:** Jeremy Bower < jeremy.bower@narisk.com >
**Sent:** Tuesday, November 25, 2025 10:25 AM
**To:** Amber Penagos < AOP@truckcrashlaw.com >



**Cc:** Louie Samaan < lss@ truckcrashlaw.com >
**Subject:** Larry & Maria Cattt, claim NITMS25010051

Hello,

I can offer 85k on Larry inclusive of liens. As mentioned before, I can offer 5k for Maria and I 'll pay her $418.14 lien.

Regards,

**Jeremy Bower** Senior Adjuster
P.O. Box 166002 Altamonte Springs, FL 32716-6002
O: (386) 693-9086 Ext. 3281  | (800) 315-6090 Ext. 3281 | F: (866) 261-8507

California license 2G17052

Florida License # W101087

California License # 2G17052

---

**From:** Amber Penagos < AOP@ truckcrashlaw.com >
**Sent:** Monday, November 24, 2025 7:25 AM
**To:** Jeremy Bower < jeremy.bower@ narisk.com >
**Cc:** Louie Samaan < lss@ truckcrashlaw.com >
**Subject:** re: Larry Cattt
**Importance:** High

---

This Message originated outside of North American Risk Services. Do not click links or open attachments unless you recognize the sender, and know the content is safe.

---

Good morning Jeremy,

Please see attached Baptist bill for Larry Catt. If you have any question please feel free to contact me.

Thank you,

*Amber O. Penagos*

**Paralegal to Joseph V. Camerlengo, B.C.S.**

**and Louie Samaan, Esq.,**

1200 Riverplace Boulevard, Suite 902

Jacksonville, FL 32207

(904) 527-7608 (Direct)

(904) 306-9220 (Main)

(904) 306-9221 (Fax)

AOP@TruckCrashlaw.com

*Please consider our environment before you print this email.*

*This e-mail is from a law firm, The Truck Accident Law Firm, Camerlengo & Anderson, P.L., and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of ours, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to us in reply that you would expect us to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of ours, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality .*

Emails cannot be guaranteed to be error-free, as information can be corrupted, lost, delayed, or contain viruses. NARS accepts no liability for the content of any e-mail, or for the consequences of any actions taken on the basis of information provided. All claims e-mails are retained and subject to review by clients, federal and state regulatory authorities, and legal discovery. NARS internal security may unintentionally prevent your e-mail from reaching its destination. If you do not receive a timely response to your email, please call us. This email is intended solely for the use of the individual to whom it is addressed. It may contain information that is privileged, confidential or exempt from disclosure. If the reader of the email is not the intended recipient, any dissemination or copying is strictly prohibited. If you have received this communication in error, please immediately notify us and return the original message at the listed email address.