**Case 16-2025-CA-007617-AXXX-MA**

| Department | Circuit Civil | Division | CV-G |
|---|---|---|---|
| Case Status | OPEN | File Date | 12/5/2025 11:25:45 AM |
| Judge Name | SHARRIT, MICHAEL | Officer | |
| Private Attorney | Camerlengo, Joseph Vincent Jr | | |

### Parties

| Name / DOB / DL / ID # | Party Type<br>Race / Sex | Address |
|---|---|---|
| LARRY CATT | PLAINTIFF / | 1200 RIVERPLACE BLVD, STE. 902<br>JACKSONVILLE, FL32207 |
| MARIA CATT | PLAINTIFF / | 1200 RIVERPLACE BLVD, STE. 902<br>JACKSONVILLE, FL32207 |
| AGI TRUCKING INC | DEFENDANT / B | 1375 REMINGTON RD STE A<br>SCHAUMBURG, IL60173 |
| APD LOGISTICS INC | DEFENDANT / B | 2501 ARLINGDALE DRIVE<br>PALATINE, IL60067 |
| AURELIUS JOHNATHAN WILLIAMS | DEFENDANT / | 181 MIDWAY ESTATE DRIVE<br>TERRY, MS39170 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Camerlengo, Joseph Vincent Jr<br>Private Attorney (8192) | 1200 Riverplace Blvd Ste 902<br>Jacksonville, FL32207-1806 | LARRY CATT (PLAINTIFF)<br>MARIA CATT (PLAINTIFF) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 12/08/2025 | SUMMONS($10/ea) 07/01/2023 (Circuit) | $10.00 | $10.00 | $0.00 |
| 01/15/2026 | SUMMONS($10/ea) 07/01/2023 (Circuit) | $10.00 | $10.00 | $0.00 |
| 02/09/2026 | SUMMONS($10/ea) 07/01/2023 (Circuit) | $10.00 | $10.00 | $0.00 |
| 12/08/2025 | CIR/GENERALCIVIL 7/1/2019 | $401.00 | $401.00 | $0.00 |
| 12/08/2025 | SUMMONS($10/ea) 07/01/2023 (Circuit) | $10.00 | $10.00 | $0.00 |
| 12/08/2025 | SUMMONS($10/ea) 07/01/2023 (Circuit) | $10.00 | $10.00 | $0.00 |

### Dockets

Docket Commands - e-Certify (Purchase)

| Line / Document | Count | Effective<br>Entered | Description | Pages | Image | e-Certify / Select |
|---|---|---|---|---|---|---|
| 1 | -- | 12/5/2025<br>12/8/2025 | AUTO NEGLIGENCE CASE | | | |
| 2<br>D2 | -- | 12/5/2025<br>12/8/2025 | COVER SHEET | 3 | **Available**<br>VOR, Ready to view | ☐ |
| 3<br>D3 | -- | 12/5/2025<br>12/8/2025 | COMPLAINT AND DEMAND FOR JURY TRIAL | 17 | **Available**<br>VOR, Ready to view | ☐ |

Docket Commands - e-Certify (Purchase)

Docket Commands -

| Line / Document | Count | Effective / Entered | Description | Pages | Image | e-Certify / Select |
|---|---|---|---|---|---|---|
| 4 / D4 | -- | 12/5/2025 / 12/8/2025 | SUMMONS ISSUED APD LOGISTICS INC (DEFENDANT) | 4 | Available / VOR, Ready to view | ☐ |
| 5 / D5 | -- | 12/5/2025 / 12/8/2025 | SUMMONS ISSUED AGI TRUCKING INC (DEFENDANT) | 4 | Available / VOR, Ready to view | ☐ |
| 6 / D6 | -- | 12/5/2025 / 12/8/2025 | SUMMONS ISSUED WILLIAMS, AURELIUS JOHNATHAN (DEFENDANT) | 4 | Available / VOR, Ready to view | ☐ |
| 7 / D7 | -- | 12/5/2025 / 12/8/2025 | CASE FEES PAID: $431.00 ON RECEIPT NUMBER 5025195 | 1 | Available / Public access | ☐ |
| 8 / D8 | -- | 12/31/2025 / 12/31/2025 | SUMMONS RETURNED INDICATING SERVICE ON APD LOGISTICS, INC ON DECEMBER 12, 2025 | 1 | Available / Public access | ☐ |
| 9 / D9 | -- | 1/14/2026 / 1/15/2026 | UNABLE TO ISSUE | 4 | Available / VOR, Ready to view | ☐ |
| 10 / D10 | -- | 1/14/2026 / 1/15/2026 | CASE FEES PAID: $10.00 ON RECEIPT NUMBER 5047382 | 1 | Available / Public access | ☐ |
| 11 / D11 | -- | 1/26/2026 / 1/27/2026 | CASE MANAGEMENT ORDER SETTING PROJECTED TRIAL DATE AND CASE MGMT DEADLINES - CMC: 6/11/26 830AM RM705 | 5 | Available / VOR, Ready to view | ☐ |
| 12 / D12 | -- | 1/27/2026 / 1/28/2026 | SUMMONS RETURNED INDICATING SERVICE ON AGI TRUCKING INC BOC-3 AGENT: LORRIE DOWNEY ON JAN 22, 2026 | 1 | Available / Public access | ☐ |
| 13 / D13 | -- | 2/2/2026 / 2/3/2026 | MOTION FOR DEFAULT AGAINST APD LOGISTICS, INC. | 3 | Available / Public access | ☐ |
| 14 / D14 | -- | 2/3/2026 / 2/3/2026 | DEFAULT ISSUED AGAINST APD LOGISTICS INC. | 1 | Available / Public access | ☐ |
| 15 / D15 | -- | 2/3/2026 / 2/4/2026 | SUMMONS RETURNED NOT SERVED TO AURELIUS JONATHAN WILLIAMS 12/13/25 | 1 | Available / VOR, Ready to view | ☐ |
| 16 / D16 | -- | 2/5/2026 / 2/9/2026 | ALIAS SUMMONS ISSUED WILLIAMS, AURELIUS JOHNATHAN (DEFENDANT) | 3 | Available / VOR, Ready to view | ☐ |

Docket Commands -

| | | | Docket Commands - | | | |
|---|---|---|---|---|---|---|
| Line / Document | Count | Effective<br>Entered | Description | Pages | Image | e-Certify / Select |
| 17<br>D17 | -- | 2/9/2026<br>2/9/2026 | CASE FEES PAID: $10.00 ON RECEIPT NUMBER 5063521 | 1 | **Available**<br>Public access | ☐ |
| | | | Docket Commands - | | | |